**Motion Denied; Order filed April 26, 2016.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00937-CR

_____

**ANDRE ONEAL HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1476760**

## ORDER

Appellant is represented by appointed counsel, Joshua S. Hill. Appellant's brief was originally due January 20, 2016. We have granted a total of 90 days to file appellant's brief until April 19, 2016. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On April 19, 2016, counsel filed a further request for extension of

time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Joshua S. Hill to file a brief with the clerk of this court on or before May 24, 2016. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.